02-11-174-CV








 




 
 
 
 
 
  
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
 
 




 

 

NO. 02-11-00174-CV 

 

 




 
 
 HSBC Bank USA, National Association
 
 
  
 
 
 APPELLANT
 
 
 
 
  
 V.
  
 
 
 
 
 SFTF Holdings, LLC
 
 
  
 
 
 APPELLEE 
 
 




 

 

------------

 

FROM THE 352nd
District Court OF Tarrant COUNTY

------------

MEMORANDUM
OPINION[1] AND
JUDGMENT

------------

 

We
have considered “Appellant’s Unopposed Motion To Dismiss.”  It is the court=s
opinion that the motion should be granted; therefore, we dismiss the appeal
without prejudice.  See Tex. R. App. P. 42.1(a)(1), 43.2(f).

Costs
of the appeal shall be paid by appellant, for which let execution issue.  See
Tex. R. App. P. 42.1(d).


PER
CURIAM

PANEL: 
GARDNER,
WALKER, and MCCOY, JJ. 


 

DELIVERED: 
July 7, 2011  








 









[1]See Tex. R. App. P. 47.4.